# Exhibit 1

CIVIL

50711
05/17/2024 03:00:50 PM
Rec # 2024226303
Pages 1 $210.00

Robert L. Christman, Allegany County Clerk Clerk: DH

COUNTY CLERK, ALLEGANY COUNTY

**INDEX NUMBER**

# Application for Index Number

Pursuant to Section 8018. C.P.L.R.

**DATE ASSIGNED**

**FEE $ 210.00**

Do not write in this space

Space below to be Typed or Printed by applicant.

## TITLE OF ACTION OR PROCEEDING

**SUPREME } COURT**

***PAUL A. ARGENTIERI*** Plaintiff

vs.

***META PLATFORMS, INC.***
**F/K/A FACEBOOK, INC.** Defendants

ALLEGANY COUNTY CLERK
**FILED**
MAY 1 7 2024
ROBERT L. CHRISTMAN
CLERK

Name & Address of
Attorney or PLAINTIFF: Paul A. Argentieri, 303 Seneca Road, N. Hornell,NY 14843

Name & Address of
Attorney or DEFENDANTS: UNKNOWN

Do Not Detach