IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL A. ARGENTIERI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br>F/K/A FACEBOOK, INC.,<br><br>　　　　Defendant. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No. 24-CV-00705 |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)**

　　Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, PAUL A. ARGENTIERI, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant META PLATFORMS, INC., f/k/a FACEBOOK, INC.

Date: August 12, 2024

　　　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Argentieri, *pro se*
　　　　　　　　　　　　　　　　　　　　　　　　303 Seneca Rd.
　　　　　　　　　　　　　　　　　　　　　　　　Hornell, NY 14843
　　　　　　　　　　　　　　　　　　　　　　　　(607) 324-3232